UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:03CR106 |
| | ) | |
| vs. | ) | **ORDER TO DESTROY EVIDENCE** |
| | ) | |
| JASON ADAM WATTY | ) | |

**THIS MATTER** is before the Court upon the Government's motion for destruction of evidence in the above-captioned case.

For the reasons stated in the Government's motion and it appearing all avenues of appellate review have been exhausted or eliminated by the passage of time,

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the firearm consisting of a .22 Short pistol, a Model EIG.E4, serial number 305470, now in the possession of the Federal Bureau of Investigation, be destroyed according to law.

Signed: February 16, 2006

Lacy H. Thornburg
United States District Judge