# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CRIMINAL CASE NO. 2:03-cr-00106-MR-DLH-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JASON ADAM WATTY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Temporary Release [Doc. 58] and the Defendant's Motion to Seal Document [Doc. 59].

The Defendant is currently serving a seven-month sentence for a supervised release violation.  [Doc. 57].  In his present motion, the Defendant requests a temporary release from custody so that he may visit his wife, who is currently in intensive care.  The Defendant cites no legal basis for such a request.  Indeed, the Court has no authority to grant the requested relief, as the Bureau of Prisons has the exclusive authority to determine whether a federal prisoner should be granted a medical furlough. See 18 U.S.C. § 3622(a)(1); 28 C.F.R. § 570.33. While the Court is

sympathetic to the Defendant's circumstances, the Court lacks authority to grant Petitioner a furlough or temporary release. Accordingly, the Defendant's motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Temporary Release [Doc. 58] is **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Seal Document [Doc. 59] is **GRANTED**, and the Defendant's Motion for Temporary Release [Doc. 58] shall be placed under seal until further Order of this Court.

**IT IS SO ORDERED.** Signed: March 20, 2015

Martin Reidinger
United States District Judge